IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY CARPENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ANDREW M. SAUL, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-20-0617-F |

## ORDER

Plaintiff Kimberly Carpenter brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's application for benefits under the Social Security Act.

The Report and Recommendation of Magistrate Judge Shon T. Erwin dated June 30, 2021 (the Report, doc. no. 27) recommends reversing and remanding the decision of the Commissioner for further administrative proceedings. The magistrate judge advised the parties of their right to object to the Report by July 14, 2021. He also advised that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues addressed in the Report. No objection has been filed, and no request for an extension of time within to object has been made.

With no objection having been made, and having reviewed the Report, the record and the relevant arguments and authorities, the court agrees with the

recommendations in the Report and finds the Report should be adopted in its entirety.  Given the detailed nature of the Report, no purpose would be served by setting out any additional analysis here.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of the magistrate judge as stated in his Report and Recommendation.  In accordance with that recommendation, the decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further administrative proceedings.

IT IS SO ORDERED this 19th day of July, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0617.p001.docx